**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Case No. 2:18-cv-00005 |
| § | |
| **REAL PROPERTY KNOWN AS** § | |
| **615 ELMHURST, SUGAR LAND,** § | |
| **TEXAS 77479** § | |
| *Defendant.* § | |

**ANSWER OF CLAIMANT**
**FREE AND SOVEREIGN STATE OF TABASCO**

Claimant, Claimant Free and Sovereign State of Tabasco ("Claimant"), through undersigned counsel, files this answer in response to these proceedings and would respectfully represent the following:

**I.**

Paragraph one is a legal conclusion that does not require Claimant to admit or deny.

**II.**

Claimant admits the allegations in Paragraph 2.

**III.**

Paragraph 3 is a conclusion that does not request Claimant to admit or deny.

**IV.**

Claimant admits the allegations in Paragraph 4.

**V.**

Claimant admits the allegations contained in Paragraph 5.

**VI.**

Claimant admits the allegations in Paragraph 6.

## VII.

Claimant admits the allegations in Paragraph 7.

## VIII.

Paragraph 8 is a legal conclusion that does not require Claimant to admit or deny.

## IX.

Claimant admits the allegations in Paragraph 9.

## X.

Claimant admits the allegations in Paragraph 10.

## XI.

Claimant admits the allegations contained in Paragraph 11.

## XII.

Claimant admits the allegations contained in Paragraph 12.

## XIII.

Claimant admits the allegations contained in Paragraph 13.

## XIV.

Claimant admits the allegations contained in Paragraph 14.

## XV.

Claimant admits the allegations contained in Paragraph 15.

## XVI.

Claimant admits the allegations contained in Paragraph 16.

## XVII.

Claimant admits the allegations contained in Paragraph 17.

### XVIII.

Claimant admits the allegations contained in Paragraph 18.

### XIV.

Claimant admits the allegations contained in Paragraph 19.

### XX.

Claimant admits the allegations contained in Paragraph 20.

### XXI.

Claimant admits the allegations contained in Paragraph 21.

### XXII.

Claimant admits the allegations contained in Paragraph 22.

### XXIII.

Claimant admits the allegations contained in Paragraph 23.

### XXIV.

Claimant admits the allegations contained in Paragraph 24.

### XXV.

Claimant admits the allegations contained in Paragraph 25.

Respectfully submitted,

## THE BUZZBEE LAW FIRM

By: */s/: Anthony G. Buzbee*
 Anthony G. Buzbee
 Attorney-in-charge
 State Bar No. 24001820
 Fed. ID No. 22679
 J.P. Morgan Chase Tower
 600 Travis, Suite 7300
 Houston, Texas 77002
 Phone: (713) 223-5393
 Facsimile: (713) 223-5909
 Email: TBuzbee@txattorneys.com

 **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the May 28, 2018, Service on E-Filing Users will be automatically accomplished through the Notice of Electronic Filing; non-Filing Users will be served by certified mail, return receipt requested and/or via facsimile.

      */s/ Christopher J. Leavitt*
      Christopher J. Leavitt