

**U.S. Department of Justice**

Criminal Division

---

VAA:WHG:MAB:DEA:smw

*Office of International Affairs*  *Washington, D.C. 20530*

May 18, 2018

VIA MAIL
Julie K. Hampton
Corpus Christi and Victoria Divisions
One Shoreline Plaza
800 North Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401

    Re:    **Request for Assistance in the Matter of JOSE MANUEL SAIZ PINEDA and MARTIN ALBERTO MEDINA SONDA.**

Dear AUSA Hampton,

    Pursuant to your request for assistance in the above-referenced matter, please find enclosed evidence from Mexico, consisting of the certified Declaration Proof of Service that relates to the offenses under investigation. This office is forwarding these materials as received and is not retaining a copy. The documents will require translation.

    This letter outlines the appropriate use of these materials and your responsibilities as the requesting authority.

    I.    **Authorized Uses of Materials**

    Please note that Article 6 of the Treaty limits the use of these documents and the information they contain. Should you require use of the documents for reasons other than those indicated in the formal request, you must contact this office to seek the Government of Mexico's formal consent. You should check carefully whether or not Mexican authorities have imposed any additional use restriction. If they have, and you anticipate the need to use the materials for any other purpose (*i.e.*, a use not stated in the request for assistance or not approved in the grant of assistance), consult this office to ascertain whether Mexican authorization or approval can be secured. Article 6 of the Treaty governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

    II.    **Obligations of Requesting Authority**

        A.    Secure a Translation of the Requested Materials

    It is the responsibility of the requesting authority to secure a translation of these materials. The requesting authority bears the costs for such translations.

B. Review Materials Promptly

Unless stated otherwise in Mexico's transmittal letter, the Mexican authorities may conclude that no further assistance is needed and close their file within 60 days of the transmittal of the documents.

C. Return Original Documents

You are responsible for ensuring the return of any original materials if the Mexican authorities have so requested.

*Please confirm by email to International Affairs Specialist Stephanie Wallace, at 202-514-6980, or by email at Stephanie.Wallace@usdoj.gov, that you have received the enclosed evidence and that it satisfies your request. If you have any questions, please do not hesitate to contact me at 202-307-0673 or Dale.Anderson@usdoj.gov.*

Sincerely,

Vaughn A. Ary
Director

By:

*[signature: Dale E. Anderson]*
Dale E. Anderson
Trial Attorney

Enclosure: MLAT Results



PROCURADURÍA GENERAL
DE LA
REPÚBLICA

SUBPROCURADURÍA JURÍDICA Y DE ASUNTOS INTERNACIONALES.
COORDINACIÓN DE ASUNTOS INTERNACIONALES Y AGREGADURÍAS.
DIRECCIÓN GENERAL DE PROCEDIMIENTOS INTERNACIONALES.
DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL.

EXP. No. AJI/037/2018-P.

OFICIO Nº DGPI/ 1327/18

Ciudad de México, a 10 ABR 2018

**SEÑOR VAUGHN ARY,**
Director de la Oficina de Asuntos
Internacionales del Departamento
de Justicia, de los Estados
Unidos de América.

Distinguido Director:

Hago referencia a la solicitud de Asistencia Jurídica Internacional que formuló ese Departamento de Justicia a su digno cargo a petición del Fiscal para el Distrito Sur de Texas, de los Estados Unidos de América, bajo el número de referencia 182-44816, con la finalidad de notificar a los CC. **JOSÉ MANUEL SAIZ PINEDA, MARTÍN ALBERTO MEDINA SONDA** las denuncias verificada de decomiso de diversos bienes muebles activos, al ser considerados partícipes en una estratagema de lavado de dinero.

Sobre el particular y para los efectos legales a que haya lugar, sírvase encontrar adjunto al presente el original del exhorto 006/TAB/VHSA/2018 de fecha 01 de marzo de la presente anualidad, a través del cual la Agente del Ministerio Público de la Federación de Villahermosa, Tabasco, hace constar las diligencias realizadas para llevar a cabo la notificación referida, constante de cuatro hojas útiles.

Asimismo, se remiten las denuncias verificadas de decomiso in rem (contra un bien) inciso C, proporcionadas por la autoridad requirente, en virtud de no haber sido recibidas por los agraviados, para lo que a bien tenga determinar.

*"continúa al reverso"*

2013058 29/182-44816

Lo anterior con fundamento en los artículos 133 de la Constitución Política de los Estados Unidos Mexicanos; Tratado de Cooperación entre los Estados Unidos Mexicanos y los Estados Unidos de américa sobre Asistencia Jurídica Mutua.; 5 fracción VII y 10, fracción XI de la Ley Orgánica de la Procuraduría General de la República; 3, inciso H), fracción V y 52, fracciones VI y VII de su Reglamento.

Sin otro particular, aprovecho la ocasión para enviarle un cordial saludo.

**ATENTAMENTE**
**EL DIRECTOR GENERAL**

**LIC. YURI SERGIO CAMARILLO MARTÍNEZ**

C.c.p   **Lic. Alberto Elías Beltrán.** Subprocurador Jurídico y de Asuntos Internacionales. Para su superior conocimiento. Presente
**Lic. Guillermo Fonseca Leal.** Coordinador de Asuntos Internacionales y Agregadurías. Para su conocimiento. Presente

GVRC/MEAF*

Ref. Sac. EXHORTHO-006-TAB.



MÉXICO  013597 / 2018
APOSTILLE
(Convention de La Haye du 5 octobre 1961)
SECRETARÍA DE GOBERNACIÓN

1. País (country/pays): México
   El presente documento público
   (This public document / Le présent acte public)

2. ha sido firmado por: LIC. YURI SERGIO CAMARILLO MARTÍNEZ
   (has been signed by /a été signé par)

3. quien actúa en calidad de: DIRECTOR GENERAL DE PROCEDIMIENTOS INTERNACIONALES DE LA SUBPROCURADURÍA JURÍDICA Y DE ASUNTOS INTERNACIONALES.
   (acting in the capacity of / agissant en qualité de)

4. y está revestido del sello/ timbre de: PROCURADURÍA GENERAL DE LA REPÚBLICA
   (bears the seal / stamp of/ est revêtu du sceau / timbre de)

Certificado
(Certied/Attesté)

5. en (at/à) CIUDAD DE MÉXICO    6. el día (the /le) 12 DE ABRIL DE 2018

7. por (by / par) MARTA TERESA URRUTIA CÁRDENAS, DIRECTORA DE COORDINACIÓN POLÍTICA CON LOS PODERES DE LA UNIÓN, EN AUXILIO DEL TITULAR DE LA UNIDAD DE GOBIERNO, CON FUNDAMENTO EN LOS ARTÍCULOS 10 FRACCIÓN I Y 11 ÚLTIMO PÁRRAFO DEL REGLAMENTO INTERIOR DE LA SECRETARÍA DE GOBERNACIÓN.

8. No. (N°/sous n°) 1 / 12935 / 2018    9. Sello/ timbre    10. Firma
   (seal/stamp / sceau/timbre)    (signature)

Tipo de Documento: OFICIO
(Type of document / Type d'acte)
Nombre del Titular: PROCURADURIA GENERAL DE LA REPUBLICA
(Name of holder of document / Nom du titulaire)

La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello o el timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued.

Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi, et le sceau ou le timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.

Código: (code)
**UTZAK8X39**

La autenticidad de esta Apostilla y su firma electrónica puede ser verificada en:
The authenticity of this Apostille and its electronic signature may be verified at:
L'authenticité de cette Apostille et de sa signature électronique peut être vérifiée sur:
www.dicoppu.gobernacion.gob.mx/registro

PGR
PROCURADURÍA GENERAL
DE LA REPÚBLICA
RECIBIDO
05 MAR 2018
Dirección General de
Procedimientos Internacionales

PROCURADURIA GENERAL
DE LA REPUBLICA, DELEGACION
ESTATAL TABASCO
MESA DE EXHORTOS
EXPEDIENTE: AJI/037/2018-P
EXHORTO: 006/TAB/VHSA/2018

"...ACUERDO DE COLABORACIÓN ENTRE LOS ESTADOS UNIDOS MEXICANOS y LOS ESTADOS UNIDOS DE NORTE AMÉRICA, SOBRE ASISTENCIA JÚRIDICA MUTUA..."

- - - -En la ciudad de Villahermosa, Estado de Tabasco, siendo las diez horas con treinta minutos del día uno del mes de marzo del dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - -TÉNGASE POR RECIBIDO: El oficio número 104/2018 de fecha veintiocho de febrero de dos mil dieciocho, suscrito por el Licenciado Ignacio Mucio Salinas Dávila, Subdelegado de Procedimientos Penales del Sistema Procesal Penal Inquisitivo, Mixto en el Estado y Coordinador de Amparo; mediante el cual adjunta el oficio número DGPI/718/18 de fecha veintiséis de febrero de dos mil dieciocho, suscrito por Licenciado José Manuel Merino Madrid, Director General de la Subprocuraduría Jurídica y de Asuntos Internacionales, Dirección de Asistencia Jurídica Internacional; mediante el cual solicita el desahogo de las siguientes diligencias:.. *"Notificar y entregar copias de denuncias verificadas de Decomiso in Rem por los bienes inmuebles y activos (anexo A) inmueble conocido como 615 Elmhurts, Sugar Land, Texas 77479 y (anexo B) todos los activos y fondos en depósito o mantenido en una cuenta de inversión en el extranjero en Sun Life Financial Investments (Bermuda) Ltd.; a los CC. JOSÉ MANUEL SAIZ PINEDA, con fecha de nacimiento 23 de agosto de 1967 y MARTÍN ALBERTO MEDINA SONDA, con fecha de nacimiento 8 de julio de 1972, quienes se encuentran privados de su libertad en el Centro de Readaptación Social, Ciudad Industrial, Villahermosa tabasco, lo cual deberá realizarse con carácter de urgente a más tardar el 2 de marzo del año en curso, debiendo levantar un acta circunstanciada para tales efectos, con los pases de Ley conforme a Derecho Procedan...(Sic);* documento que se da fe de tener a la vista, por lo que se ordena agregar a los autos de la presente indagatoria; visto y tomándose en consideración lo antes expuesto, esta Representación Social de la Federación, acuerda procedente llevar a cabo el desahogo de todas y cada una de las diligencias solicitadas por la autoridad exhortante; Gírese oficio al Director del Centro de Reinserción Social en el Estado de Tabasco, con domicilio en Carretera Villahermosa-frontera km 4.5, Ciudad industrial, Código Postal 86010, Villahermosa, Tabasco, a efecto de que permita a la suscrita **Lic. Karen Julissa Lugo Grande (Agente del Ministerio Público Federal), Lic. Juan Carlos Martinez Colmenares (Agente del Ministerio Público Federal)** y **Lic. Elizabeth Hernández Landero (Oficial Ministerial)**, el ingreso a ese Centro Penitenciario, el día **uno de marzo del año actual,** a efecto de llevar a cabo el desahogo de diligencias con los internos **José Manuel Saiz Pineda y Martín Alberto Medina Sonda**; por lo que con fundamento en los artículos 16, 21 y 102 apartado "A" de la Constitución Política de los Estados Unidos Mexicanos; 1 fracción I, 2 fracción II, 3 fracción II, 44 fracción II, 43, 44, 45, 46 del Código Federal de Procedimientos Penales; 1 párrafo segundo, 4 fracción I apartado

A) inciso b) y c), 10 fracción X, 11 fracción II, de la Ley Orgánica de la Procuraduría General de la República 2, 72 fracción IV, 78 de su Reglamento; es de acordarse y se:- - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - A C U E R D A - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - -**PRIMERO.-** Radíquese en ésta Agencia del Ministerio Público de la Federación, el expediente correspondiente con el número Exhorto 006/TAB/VHSA/2018, debiéndose de hacer las anotaciones respectivas en el Libro de Gobierno que se lleva en esta Mesa de exhortos, con la finalidad de desahogar las diligencias requeridas por la Autoridad Exhortante.-

- - -**SEGUNDO.-** Gírese oficio al Director del Centro de Reinserción Social en el Estado de Tabasco, con domicilio en Carretera Villahermosa-frontera km 4.5, Ciudad industrial, Código Postal 86010, Villahermosa, Tabasco, a efecto de que permita a la suscrita **Lic. Karen Julissa Lugo Grande (Agente del Ministerio Público Federal), Lic. Juan Carlos Martinez Colmenares (Agente del Ministerio Público Federal)** y **Lic. Elizabeth Hernández Landero (Oficial Ministerial)**, el ingreso a ese Centro Penitenciario, el día **uno de marzo del año actual,** a efecto de llevar a cabo el desahogo de diligencias con los internos **José Manuel Saiz Pineda** y **Martín Alberto Medina Sonda**.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - -**TERCERO.-** Practíquese cuanta diligencia sea necesaria desahogar y derive de las anteriores, siempre y cuando sean procedentes en Derecho.- - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - C U M P L A S E - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - -Así lo acordó y firma la Licenciada **KAREN JULISSA LUGO GRANDE**, Agente del Ministerio Publico de la Federación, Titular de la Mesa de Exhortos, Asuntos Agrarios y Extinción de Dominio, Adscrita a la Subdelegación de Procedimientos Penales "A", en la Delegación Estatal Tabasco, quien actúa con testigos de asistencia que al final firman para debida constancia de lo actuado.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - D A M O S F E - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TESTIGO DE ASISTENCIA | TESTIGO DE ASISTENCIA |
|---|---|
| LIC. JUAN CARLOS MARTINEZ COLMENARES (AGENTE DEL MINISTERIO PÚBLICO FEDERAL) | LIC. ELIZABETH HERNÁNDEZ LANDERO (OFICIAL MINISTERIAL "C") |

- - -En la misma fecha uno de marzo de dos mil dieciocho, se dio debido cumplimiento al acuerdo que antecede, registrándose en el Libro de Exhortos que se lleva en esta Mesa bajo el número de exhorto 006/TAB/VHSA/2018. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - C O N S T E - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TESTIGO DE ASISTENCIA | TESTIGO DE ASISTENCIA |
|---|---|
| LIC. JUAN CARLOS MARTINEZ COLMENARES (AGENTE DEL MINISTERIO PÚBLICO FEDERAL) | LIC. ELIZABETH HERNÁNDEZ LANDERO (OFICIAL MINISTERIAL "C") |

Case 2:18-cv-00005   Document 20-1   Filed in TXSD on 05/30/18   Page 7 of 9



**EXPEDIENTE: AJI/037/2018-P**
**EXHORTO: 006/TAB/VHSA/2018**

CONSTANCIA

- - -En la Ciudad de Villahermosa, perteneciente al Estado de Tabasco, siendo las doce horas del día uno del mes de marzo del año dos mil dieciocho, la suscrita **LICENCIADA KAREN JULISSA LUGO GRANDE,** Agente del Ministerio Publico de la Federación, Titular de la Mesa de Exhortos, Asuntos Agrarios**,** y Extinción de Dominio, Adscrita a la Subdelegación de Procedimientos "A", quien en términos del párrafo primero, del articulo 16 y 26 del Código Federal de Procedimientos Penales, actúa ante los Licenciados **JUAN CARLOS MARTÍNEZ COLMENARES** (Agente del Ministerio Público de la Federación) y **ELIZABETH HERNÁNDEZ LANDERO** (Oficial Ministerial), en calidad de testigos de asistencia que al final firman y dan fe para debida constancia: - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - H A CE   C O N S T A R - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -Que siendo la fecha y hora anteriormente citada, nos constituimos en el Centro de Reinserción Social en el Estado de Tabasco, con domicilio en Carretera Villahermosa-frontera km 4.5, Ciudad industrial, Código Postal 86010, Villahermosa, Tabasco, a afecto de notificar y entregar copias de denuncias verificadas de Decomiso in Rem por los bienes inmuebles y activos (anexo A) inmueble conocido como 615 Elmhurts, Sugar Land, Texas 77479 y (anexo B) todos los activos y fondos en depósito o mantenido en una cuenta de inversión en el extranjero en Sun Life Financial Investments (Bermuda) Ltd.; a los **CC. JOSÉ MANUEL SAIZ PINEDA**, con fecha de nacimiento 23 de agosto de 1967 y **MARTÍN ALBERTO MEDINA SONDA**, con fecha de nacimiento 8 de julio de 1972, mismos que se niegan a firmar el anexo C por así convenir a sus interese, pero si reciben de conformidad la notificación de los anexos A y B, refiriéndonos que darán su debida contestación en el momento oportuno que consideren sus abogados. Siendo todo lo que se hace constar. - - - - - - -
- - -Con lo anterior se da por terminada la presente diligencia, firmando para constancia los que en ella intervinieron, previa lectura y ratificación de su contenido. - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - D A M O S   F E - - - - - - - - - - - - - - - - - - - - - - - - - - -

TESTIGOS DE ASISTENCIA

LIC. JUAN CARLOS MARTINEZ COLMENARES
(AGENTE DEL MINISTERIO PÚBLICO FEDERAL)

LIC. ELIZABETH HERNÁNDEZ LANDERO
(OFICIAL MINISTERIAL "C")

ANEXO C

## DECLARACIÓN JURADA DE NOTIFICACIÓN DE ACTOS PROCESALES

Demandante:   Estados Unidos de América

Demandado:   Bien inmueble identificado como 615 Elmhurst, Sugar Land, Texas 77479
Y
Todos los activos y fondos depositados o mantenidos en cuentas de inversión en ultramar por Sun Life Financial Investments (Bermuda) Ltd., Contrato Nº 28-2873-017053

Destinatario:   JOSÉ MANUEL SAIZ PINEDA y MARTÍN ALBERTO MEDINA SONDA

Tipo:   Diligenciamiento de la notificación

Yo, KAREN JULISSA LUGO GRANDE, desempeñándome en nombre del Gobierno de México de conformidad con una Solicitud de Asistencia de los Estados Unidos de América, certifico, de conformidad con las instrucciones establecidas en la Solicitud de Asistencia;

(1) Que entregué personalmente las Denuncias Verificadas de Decomiso *in Rem* (contra un bien) a:

JOSÉ MANUEL SAIZ PINEDA el día 01 de Marzo 2018, en el Centro de Reinserción Social del Estado de Tabasco. Ciudad Industrial, Centro Tabasco Domicilio Conocido.
(DIRECCIÓN DE LA CALLE, CIUDAD, PAÍS)

y MARTÍN ALBERTO MEDINA SONDA el día 01 de Marzo 2018, en el Centro de Reinserción Social del Estado de Tabasco. (Domicilio Conocido).
(DIRECCIÓN DE LA CALLE, CIUDAD, PAÍS)

(2) Que el Aviso de Denuncias Verificadas de Decomiso *in Rem* (contra un bien) respecto de JOSÉ MANUEL SAIZ PINEDA y MARTÍN ALBERTO MEDINA SONDA, no fue entregado por las siguientes razones:

Si se reciben la notificación de Actos Procesales, pero no firman por así convenir a sus derechos.

Firmado y juramentado este día 01 de Marzo 2018.

_____
Firma del declarante

ATTACHMENT C

## AFFIDAVIT OF PROVIDING NOTICE

Plaintiff: United States of America

Defendant: Real Property Known as 615 Elmhurst, Sugar Land, Texas 77479
And
All Assets and Funds on Deposit or Held in Offshore Investment Account at Sun Life Financial Investments (Bermuda) Ltd., Contract #28-2873-017053

Addressee: JOSE MANUEL SAIZ PINEDA and MARTIN ALBERTO MEDINA SONDA

Type: Service of Actual Notice


I, _____, acting on behalf of the Government of Mexico pursuant to a Request for Assistance from the United States of America, certify, in accordance with the instructions set forth in the Request for Assistance;

(1) That I personally served the Verified Complaints for Forfeiture *in Rem* on:

JOSE MANUEL SAIZ PINEDA on the _____ day of _____, at

_____.
(STREET ADDRESS, CITY, COUNTRY)

and MARTIN ALBERTO MEDINA SONDA on the _____ day of _____, at

_____.
(STREET ADDRESS, CITY, COUNTRY)

(2) That the Notice of Verified Complaints for Forfeiture *in Rem* as to JOSE MANUEL SAIZ PINEDA and MARTIN ALBERTO MEDINA SONDA, have not been served for the following reasons:

_____

Signed and sworn to this _____ day of _____.

_____
Signature of Affiant