United States District Court
Southern District of Texas
**ENTERED**
August 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | |
| REAL PROPERTY KNOWN AS 615 ELMHURST SUGAR LAND, TEXAS 77479, | § § § § | Civil Case No. 2:18-cv-005 |
| REAL PROPERTY KNOWN AS 1 WEST CENTURY DRIVE #23B LOS ANGELES, CALIFORNIA 99067, | § § § § | Civil Case No. 2:18-cv-67 |
| REAL PROPERTY KNOWN AS 17121 COLLINS AVENUE 4803 SUNNY ISLES BEACH, FL 33160, | § § § § | Civil Case No. 2:18-cv-68 |
| REAL PROPERTY KNOWN AS 225 E. 74th STREET, APARTMENT 28B NEW YORK, NEW YORK 10021, | § § § § | Civil Case No. 2:18-cv-69 |

**ORDER GRANTING DISMISSAL OF FORFEITURE IN REM ACTIONS**

Pending before the Court is Plaintiff's motion seeking a dismissal of the above forfeiture actions pursuant to Fed. R. Civ. P. 41(a)(2). The Court has considered the motion and the agreement by all Claimants, save and except, the Mexican State of Tabasco. The Court finds that the Mexican State of Tabasco was provided an opportunity to oppose Plaintiff's motion but did not.

The Court, therefore, ORDERS that the above four referenced forfeiture actions be dismissed with prejudice and Plaintiff is further ORDERED to file its Release of Lis Pendens as to each property upon receipt of this order.

It is further ORDERED that the Parties bear their own costs and attorneys' fees.

Signed this 30 day of ~~September~~ AUGUST, 2019 in Corpus Christi, Texas.

JASON B. LIBBY
UNITED STATES MAGISTRATE JUDGE